■ In the Matter of MAXIMILIAN W. GOLDSTEIN, Respondent, against Estate of HARRY S. HOCHBERG, Deceased, et al., Appellants.— Order, dated February 15, 1960, denying executors' motion to vacate or modify claimant's

notice of examination before trial and granting claimant's cross motion for examination of witnesses, unanimously affirmed, with costs. No opinion. Settle order. Concur — Breitel, J. P., Rabin, Valente and Bergan, JJ.